**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK POWELL,** | : | |
|     **Plaintiff** | : | No. 1:18-cv-02196 |
| | : | |
| | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Arbuckle)** |
| **ANDREW SAUL,** | : | |
| **Commissioner of** | : | |
| **Social Security,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 15th day of June 2020, upon consideration of Defendant's motion to correct/amend the Order of this Court issued on March 5, 2020 pursuant to Federal Rule of Civil Procedure 59(e) (Doc. No. 30), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** the motion is **DENIED**.

                                                          <u>s/ Yvette Kane</u>
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania